UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Aaron Lucas Robertson                               Docket No. 7:10-CR-155-1D

### Petition for Action on Supervised Release

COMES NOW Christopher Studley, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Aaron Lucas Robertson, who, upon an earlier plea of guilty to Conspiracy to Possess With the Intent to Distribute 100 Kilograms or More of Marijuana and a Quantity of Cocaine, 21 U.S.C. § 846, was sentenced by the Honorable James C. Dever III, Chief U.S. District Judge, on August 3, 2011, to the custody of the Bureau of Prisons for a term of 72 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 60 months. On April 3, 2015, the term of supervised release commenced. On February 21, 2017, a revocation hearing was held in response to the defendant's continued use of marijuana. The court found that the defendant violated the terms of his supervised release and he was committed into custody for one day and placed on a new 36 month term of supervised release.

Aaron Lucas Robertson was released from custody on February 21, 2017, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On February 23, 2017, the defendant entered the HOPE reentry court program. The defendant has since had two positive urinalysis tests for Marijuana/THC, reported to the court on March 14, 2017 and April 26, 2017, respectively. Subsequent to the most recent positive urinalysis reported on April 26, 2017, and in light of probation's position that any further drug use will result in revocation proceedings, the defendant has requested that probation place him on a curfew with electronic monitoring and enroll him in remote alcohol monitoring. The defendant believes that these measures will assist his effort to avoid continued drug use. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall adhere to a curfew as directed by the probation officer for a period not to exceed 120 consecutive days. The defendant is restricted to residence during the curfew hours. The defendant shall submit to the following Location Monitoring: Radio Frequency monitoring and abide by all program requirements, instructions and procedures provided by the supervising officer.

2. The defendant shall abide by all terms and conditions of the Remote Alcohol Monitoring Program, as directed by the probation officer, for a period not to exceed 120 consecutive days. The defendant must pay a portion of the monitoring cost as follows: defendant must pay the monitoring costs in full.

Except as herein modified, the judgment shall remain in full force and effect.

Aaron Lucas Robertson
Docket No. 7:10-CR-155-1D
Petition For Action
Page 2

Reviewed and approved,

/s/ Michael C. Brittain
Michael C. Brittain
Supervising U.S. Probation Officer

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Christopher Studley
Christopher Studley
U.S. Probation Officer
310 New Bern Avenue, Room 610
Raleigh, NC 27601-1441
Phone: 919-861-8669
Executed On: May 05, 2017

### ORDER OF THE COURT

Considered and ordered this __11__ day of __May__, 2017, and ordered filed and made a part of the records in the above case.

_____
James C. Dever III
Chief U.S. District Judge